## Franklin Sugar Refining Co. *v.* Huntington, Appellant.

Argued March 30, 1922.  Appeal, No. 259, Jan. T., 1922, by defendant, from order of C. P. No. 4, Phila. Co., Dec. T., 1920, No. 7532, making absolute rule for judgment for want of a sufficient affidavit of defense, in case of Franklin Sugar Refining Co. v. William Swope Huntington, trading as J. C. Huntington & Co.  Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON and SADLER, JJ.  Reversed.

PER CURIAM, May 8, 1922:

In this case the court below entered judgment for want of a sufficient affidavit of defense, in an action founded on certain sales memoranda of the same character as that quoted in our opinion in Franklin Sugar Refining Company v. Howell, filed herewith [the preceding case]. The questions raised and decided there are controlling here also, and hence the same judgment must be entered.

The judgment of the court below is reversed and a procedendo is awarded.